THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LEE PARKER, JR., Appellant. [636 NYS2d 696] —Judgment unanimously affirmed. Memorandum: Under the circumstances of this case, County Court did not abuse its discretion in denying defendant youthful offender treatment *(see, People v Cruickshank,* 105 AD2d 325, 333-336, *affd sub nom. People v Dawn Maria C.,* 67 NY2d 625), and we decline to exercise our interest of justice jurisdiction to grant such treatment *(see, People v Gaziano* [appeal No. 1], 219 AD2d 870; *cf., People v Shrubsall,* 167 AD2d 929, 930). Furthermore, we conclude that the imposition of an indeterminate term of incarceration of $2^1/_3$ to 7 years upon defendant's conviction of burglary in the third degree is neither unduly harsh nor severe. (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.